# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Tulips, LLC, | ) | CASE NO.:  5:24CV2231 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Auto-Owners Mutual Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have informed this Court via telephone that the above matter has been settled.  Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary.  If approved, the proposed entry shall supplement this order.  This Court retains jurisdiction over the settlement.  The case management conference scheduled for 2/26/2025 is hereby cancelled.

IT IS SO ORDERED.


February 26, 2025            /s/ Judge John R. Adams
                             JUDGE JOHN R. ADAMS
                             UNITED STATES DISTRICT COURT

1