It is so ordered.  This matter is hereby dismissed with prejudice.
/s/ John R. Adams
U.S. District Judge
3/17/2025

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TULIPS, LLC | ) | CASE NO. 5:24-cv-2231 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO-OWNERS MUTUAL INSURANCE COMPANY | ) ) | STIPULATION FOR DISMISSAL AND JOURNAL ENTRY |
| | ) | |
| Defendant. | ) | |
| | ) | |

We the attorneys for the respective undersigned parties do hereby stipulate to the dismissal of the within matter with prejudice with each party to bear its own costs, fees and expenses and respectfully request that the dismissal of the claims be reflected on the Court's docket as set forth herein.

    **IT IS SO ORDERED.**

_____
**JUDGE JOHN R. ADAMS**

**/s/Jason Whitacre**
Jason Whitacre
Flynn, Keith & Flynn, LLC
214 S. Water Street
P.O. Box 762
Kent, OH 44240
jwhitacre@flynnkeithlaw.com
*Counsel for Plaintiff*

**/s/Brian T. Winchester**
Brian T. Winchester (0069076)
McNeal Schick Archibald & Biro Co., LPA
4608 St. Clair Avenue
Cleveland, OH 44103
T: 216-621-9870 F: 216-522-1112
btw@msablaw.com
*Counsel for Defendant Auto-Owners Mutual Insurance Company*

**/s/Jodi D. Spencer**
Jodi D. Spencer
J Spencer Law LLC
12606 Lake Shore Blvd.
Bratenahl, OH 44108
jodi@jspencerlaw.com
*Counsel for Plaintiff*